Steven T. Waterman (WSB# 6-2636)
DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111-2176
P: (801) 933-7360
waterman.steven@dorsey.com

Benjamin M. Petre (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
1400 Wewatta Street
Suite 400
Denver, CO 80202-5549
P: (303) 352-1142
petre.ben@dorsey.com

Eric A. O. Ruzicka (admitted *pro hac vice*)
Evan J. Livermore (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
P: (612) 492-6671
ruzicka.eric@dorsey.com
livermore.evan@dorsey.com

*Attorneys for Dowbuilt, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

---

SJH 11 LLC, a Delaware limited liability company,

Plaintiff,

v.

Dowbuilt, Inc., a Washington corporation, Timothy Glick, and John Does 1-10,

Defendants.

Case No. 1:25-cv-00018-SWS

**CERTIFICATE OF SERVICEE**

---

# CERTIFICATE OF SERVICE

On September 23, 2026, I, Marie-Tessa Mbibi served copies of Dkt 87 Defendant's Motion to Dismiss Amended Complaint and Dkt 87-1 Dowbuilt, Inc.'s Memorandum of Law In Support Of Motion to Dismiss Amended Complaint, in PDF format to Timothy Glick at the following address by U.S. Mail:

- Timothy Glick
  158 Mountain Brook Ln
  Whitefish, MT 59937

I certify under penalty of perjury that everything I have stated in this document is true and correct.

| | |
|---|---|
| Stephen Q. Wood (pro hac vice)<br>Sterling M. Paulson (pro hac vice)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>2755 E Cottonwood Pkwy, Suite 520<br>Salt Lake City, UT 84121<br>Telephone: (801) 515-7300<br>Facsimile: (801) 515-7400<br>stephenwood@quinnemanuel.com<br>sterlingpaulson@quinnemanuel.com<br><br>Rajat Rana (pro hac vice)<br>Heather Christenson (pro hac vice)<br>Courtney L Daukas (pro hac vice)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Ave, 9th Floor<br>New York, NY 10016<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>rajatrana@quinnemanuel.com<br>heatherchristenson@quinnemanuel.com<br>courtneydaukas@quinnemanuel.com | Sarah Tollison<br>DEFAZIO LAW OFFICE, LLC<br>172 Center St, Suite 203<br>P.O. Box 4877<br>Jackson, WY 83001<br>Telephone: (307) 733-5965<br>Facsimile: (307) 733-3786<br>sarah@defaziolaw.com |

Dated: September 23, 2026

By */s/ Marie-Tessa Mbibi*
Marie-Tessa Mbibi
Legal Assistant
DORSEY & WHITNEY LLP